## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 9th day of August, 2005, a copy of the foregoing Disclosure Statement was mailed first class, postage prepaid to:

Nicholas Gilman, Esq.
John Green, Esq.
Gilman & Associates
600 Pennsylvania Avenue, SE
Suite 410
Washington, DC  20003

                              /s/ *John J. Hathway*  _____
                              John J. Hathway

176905