IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **JUDITH B. BRANNEN**<br><br>*Plaintiff,*<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER.,<br>CORPORATION,<br>CSX CORPORATION<br>CSX TRANSPORTATION, INC.**<br><br>*Defendants.* | Case No.: **05CV01420**<br>Judge Ricardo M. Urbina |

## ORDER

Upon consideration of CSX Corporation and CSX Transportation, Inc., Motion for Judgment of the Pleadings to Dismiss the claim for punitive damages, and any Opposition thereto, it is this _____ day of _____, 2005,

ORDERED, that the Motion be and is hereby granted, and the Plaintiff's claims for punitive damages are dismissed with prejudice.

							_____
							Judge Ricardo M. Urbina
							United States District Court for the
							District of Columbia

**COPIES TO:**

Nicholas Gilman, Esq.
John Green, Esq.
Gilman & Associates
600 Pennsylvania Avenue, SE, Suite 410
Washington, DC  20003

John J. Hathway, Esq.
Stephen B. Caplis, Esq.
Jennifer S. Jackman, Esq.
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, DC  20036-5405