**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **JUDITH B. BRANNEN**  *Plaintiff,*  v.  **NATIONAL RAILROAD PASSENGER., CORPORATION, CSX CORPORATION CSX TRANSPORTATION, INC.**  *Defendants.* | Case No.: **05CV01420**  Judge Ricardo M. Urbina |

**DEFENDANTS' MOTION TO TRANSFER**

Defendants, National Railroad Passenger Corporation ("AMTRAK"), CSX Corporation and CSX Transportation, Inc., by their undersigned counsel, Whiteford, Taylor & Preston, L.L.P., and pursuant to 28 U.S.C. § 1404(a), hereby move that this civil action be transferred to the United Stated District Court for the District of Maryland, and for grounds therefore state as follows:

1.  The subject matter of this action arises out of a train derailment in Kensington, Maryland on July 29, 2002.

2.  Plaintiff is a resident of the state of Arizona.

3.  Plaintiff's claims do not have any connection with the District of Columbia. None of the events transpired in the District of Columbia, nor are there any necessary or material witnesses in the District of Columbia. Plaintiff lives in Arizona and Defendants' operations which pertain to the subject matter of this action transpired in Maryland.

4.  Substantially all of the documents and witnesses regarding the derailment would be available in Maryland, where the accident occurred.

5.  The District of Maryland is a Court where this action might have been originally brought.

6.  The trial of this action in the District of Maryland would be more convenient for the parties and witnesses, serve the interests of justice, and not prejudice any party. Whether to transfer a case to another district is a matter committed to the sound discretion of the trial judge. *Southern R Way. Co. v. Madden*, 235 F2.d 193, 201 (4th Cir. 1956). Although generally a Plaintiff's choice of forum is entitled to some weight, it is entitled to little weight when the forum is not the Plaintiff's own forum. See *Hyper Aircraft v. Reyno*, 454 U.S. 235, 255 – 56 (1981); *Franklin v. Southern R Way Co.*, 523 F.Supp.521, 524 (D.D.C. 1981) (where the action has little contact with chosen forum the Plaintiff's right to select becomes much less important).

7.  Because it would be more convenient to conduct discovery and to prepare the case for trial and to try the case in the District where the occurrence took place and where substantially all of the documents and witnesses are located (Maryland), and since the Plaintiff does not reside in the District of Columbia, the interests of justice and the convenience of the witnesses and parties would be better served by the transfer of this action to the District of Maryland for discovery and trial.

8.  Indeed, in a similar case arising out of the same Maryland derailment Judge Bates of this court transferred the case to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1404 (a). Attached as **Exhibit 1** is Judge Bates' Memorandum Opinion and Order of December 21, 2004 in the case of *Daniel v. Amtrak et al.*, civil action number 04-1371 (JDB). That case also arose out of the same Kensington, Maryland derailment. The

Plaintiffs' were residents of Illinois and Georgia. Plaintiffs in that case did not oppose the Motion to Transfer.

**WHEREFORE**, the premises considered, Defendants respectfully request that this civil action be transferred to the United States District Court for the District of Maryland, and for any other relief the Court deems appropriate.

                                      Respectfully submitted,

                                      /s/ *John J. Hathway*
                                      John J. Hathway, Esq. (#412664)
                                      Stephen B. Caplis, Esq. (#452991)
                                      Jennifer S. Jackman, Esq. (#466922)
                                      Whiteford, Taylor & Preston L.L.P.
                                      1025 Connecticut Avenue, NW,
                                      Washington, DC  20036-5405
                                      (202) 659-6800

                                      *Attorney for Defendants,*
                                      *National Railroad Passenger*
                                      *Corporation ("AMTRAK"), CSX*
                                      *Corporation and CSX Transportation,*
                                      *Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2005, a copy of the foregoing Motion to Transfer was mailed first class, postage prepaid to:

                      Nicholas Gilman, Esq.
                      John Green, Esq.
                      Gilman & Associates
                      600 Pennsylvania Avenue, SE
                      Suite 410
                      Washington, DC  20003

                                      /s/ *John J. Hathway*
                                      John J. Hathway