IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Civil Division

**JUDITH B. BRANNEN**
    *Plaintiff,*

v.

**NATIONAL RAILROAD PASSENGER.,
CORPORATION,
CSX CORPORATION
CSX TRANSPORTATION, INC.**
    *Defendants.*

Case No.: **05CV01420**
Judge Ricardo M. Urbina

## DEFENDANTS' LOCAL RULE 26.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Defendants, National Railroad Passenger Corporation ("AMTRAK"), CSX Corporation and CSX Transportation, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public.

CSX Transportation, Inc., is a wholly owned subsidiary of CSX Corporation, which is a publicly traded holding company.

These representatives are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

  /s/ *John J. Hathway*
John J. Hathway, Esq. (#412664)
Stephen B. Caplis, Esq. (#452991)
Jennifer S. Jackman, Esq. (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW,
Washington, DC  20036-5405
(202) 659-6800
*Attorney for Defendants,
National Railroad Passenger
Corporation ("AMTRAK"), CSX
Corporation and CSX Transportation,
Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August, 2005, a copy of the foregoing Disclosure Statement was mailed first class, postage prepaid to:

>Nicholas Gilman, Esq.
>John Green, Esq.
>Gilman & Associates
>600 Pennsylvania Avenue, SE
>Suite 410
>Washington, DC  20003

/s/ *John J. Hathway*  _____
John J. Hathway

176905