IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **JUDITH B. BRANNEN**<br><br>    *Plaintiff,*<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER.,**<br>**CORPORATION,**<br>**CSX CORPORATION**<br>**CSX TRANSPORTATION, INC.**<br><br>    *Defendants.* | Case No.:  **05CV01420**<br>Judge Ricardo M. Urbina |

## ORDER

Upon consideration of the Motion of Defendants National Railroad Passenger Corporation ("AMTRAK"), CSX Corporation and CSX Transportation, Inc., pursuant to 28 U.S.C. § 1404(a), to transfer this case to the United States District Court for the District of Maryland, and any Opposition thereto, it is this _____ day of _____, 2005,

ORDERED, that the Motion be and is hereby granted, and the Clerk of the Court shall transmit this case to the United States District Court for the District of Maryland.

                                                                                 _____
                                                                                 Judge Ricardo M. Urbina
                                                                                 United States District Court for the
                                                                                 District of Columbia

**COPIES TO:**

| | |
|---|---|
| Nicholas Gilman, Esq.<br>John Green, Esq.<br>Gilman & Associates<br>600 Pennsylvania Avenue, SE, Suite 410<br>Washington, DC  20003 | John J. Hathway, Esq.<br>Stephen B. Caplis, Esq.<br>Jennifer S. Jackman, Esq.<br>Whiteford, Taylor & Preston L.L.P.<br>1025 Connecticut Avenue, NW, Suite 400<br>Washington, DC  20036-5405 |

Case 1:05-cv-01420-RMU     Document 9-3     Filed 08/12/2005     Page 2 of 2