**EXHIBIT A**



**333 Constitution Ave Nw**
Washington, DC 20001-2802, US

**[10528-10559] Summit Ave**
Kensington, MD 20895, US

| Maneuvers | Distance |
|---|---|
| **1:** Start out going EAST on CONSTITUTION AVE NW toward 3RD ST NW. | 0.1 miles |
| **2:** Turn SLIGHT LEFT onto LOUISIANA AVE NW. | 0.3 miles |
| **3:** Turn LEFT onto N CAPITOL ST NW. | 3.5 miles |
| **4:** Turn SLIGHT LEFT onto HAWAII AVE NE. | <0.1 miles |
| **5:** Turn SLIGHT RIGHT onto N CAPITOL ST NW / N CAPITOL ST NE. | 0.6 miles |
| **6:** Turn SLIGHT RIGHT onto NEW HAMPSHIRE AVE NE. | 2.5 miles |
| **7:** Turn LEFT onto MD-193 W / UNIVERSITY BLVD E. Continue to follow MD-193 W. | 2.1 miles |
| **8:** Merge onto CAPITAL BELTWAY / I-495 W toward NORTHERN VIRGINIA / BETHESDA. | 4.1 miles |
| **9:** Take the MD-185 / CONNETICUT AVE exit- EXIT 33- toward CHEVY CHASE / KENSINGTON. | 0.3 miles |
| **10:** Merge onto MD-185 N / CONNECTICUT AVE toward KENSINGTON / BEACH DRIVE. | 1.6 miles |
| **11:** Turn LEFT onto HOWARD AVE. | 0.1 miles |
| **12:** Turn RIGHT onto SUMMIT AVE. | <0.1 miles |
| **13:** End at [10528-10559] Summit Ave Kensington, MD 20895, US | |

**Total Est. Time: 33 minutes**      **Total Est. Distance: 15.70 miles**



All rights reserved. Use Subject to License/Copyright

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

# MAPQUEST

**6500 Cherrywood Ln**
Greenbelt, MD 20770-1249,
US

**[10528-10559] Summit Ave**
Kensington, MD 20895, US

| Maneuvers | Distance |
|---|---|
| **1:** Start out going NORTHEAST on CHERRYWOOD LN toward KENILWORTH AVE / MD-201. | 0.3 miles |
| **2:** Turn RIGHT onto KENILWORTH AVE / MD-201 S. | 0.4 miles |
| **3:** Merge onto CAPITAL BELTWAY / I-495 N toward BALTIMORE / COLLEGE PARK. | 10.4 miles |
| **4:** Take the MD-185 / CONNETICUT AVE exit- EXIT 33- toward CHEVY CHASE / KENSINGTON. | 0.3 miles |
| **5:** Merge onto MD-185 N / CONNECTICUT AVE toward KENSINGTON / BEACH DRIVE. | 1.6 miles |
| **6:** Turn LEFT onto HOWARD AVE. | 0.1 miles |
| **7:** Turn RIGHT onto SUMMIT AVE. | <0.1 miles |
| **8:** End at [10528-10559] Summit Ave Kensington, MD 20895, US | |

**Total Est. Time:** 18 minutes     **Total Est. Distance:** 13.39 miles



All rights reserved. Use Subject to License/Copyright

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.





**Start:** 333 Constitution Ave Nw
Washington, DC 20001-2802, US

**End:** 6500 Cherrywood Ln
Greenbelt, MD 20770-1249, US

| **Directions** | **Distance** |
|---|---|
| **1:** Start out going EAST on CONSTITUTION AVE NW toward 3RD ST NW. | 0.1 miles |
| **2:** Turn SLIGHT LEFT onto LOUISIANA AVE NW. | 0.3 miles |
| **3:** Turn LEFT onto N CAPITOL ST NW. | 0.8 miles |
| **4:** Turn RIGHT onto NEW YORK AVE NE / US-50 E. | 3.9 miles |
| **5:** Merge onto MD-295 N via the exit on the LEFT toward BALTIMORE. | 6.0 miles |
| **6:** Merge onto CAPITAL BELTWAY / I-495 N / I-95 N toward BALTIMORE / COLLEGE PARK. | 0.8 miles |
| **7:** Take the MD-201 / KENILWORTH AVE exit- EXIT 23- toward BLADENSBURG / GREENBELT. | 0.3 miles |
| **8:** Turn RIGHT onto KENILWORTH AVE / MD-201 N. | 0.5 miles |
| **9:** Turn LEFT onto CHERRYWOOD LN. | 0.3 miles |
| **10:** End at 6500 Cherrywood Ln Greenbelt, MD 20770-1249, US | |

**Total Est. Time: 22 minutes**    **Total Est. Distance: 13.45 miles**



**Start:**
333 Constitution Ave Nw
Washington, DC 20001-2802, US

**End:**
6500 Cherrywood Ln
Greenbelt, MD 20770-1249, US




**Notes:**

All rights reserved. Use Subject to License/Copyright

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.