# EXHIBIT B



- About the FRA
- Safety
- Freight Railroading
- Passenger Rail
- Research & Development
- Press Room
- Legislation, Regulation, & Litigation

DOT Site Search: [GO]
FRA-only ☑



Amtrak

The National Railroad Passenger Corporation (better known as Amtrak) is a for-profit corporation that operates intercity passenger rail services in 46 States and the District of Columbia, in addition to serving as a contractor in various capacities for several commuter rail agencies. [Rail service in Alaska is operated by the Alaska Railroad Corporation .] Amtrak was created by Congress in the Rail Passenger Service Act of 1970 and incorporated in the District of Columbia in 1971, assuming the common carrier obligations of the private railroads (which found passenger service to be generally unprofitable) in exchange for the right to priority access of their tracks for incremental cost.

Amtrak's Board of Directors sets corporate policy and oversees the management of the company. The board is made up of 7 voting members appointed for five-year terms by the President with the advice and consent of the Senate. Among the 7 members is an ex officio Federal government representative, a postion held by the Secretary of Transportation.

The Federal Railroad Administation provides analytical support to the Secretary to assist him in carrying out his duties on the Amtrak Board of Directors. FRA is also responsible for administering Federal grants to Amtrak , which process has led to increased FRA oversight of Amtrak spending since Fiscal Year 2003.

- Amtrak's corporate information

Passenger Rail

Last Updated: Jun. 03, 2005

About Us | Safety | Freight Railroading | Passenger Rail | Press Room | Legislation
Regulations & Litigation | Site Index | Privacy Policy | FOIA | Jobs | Home

© Federal Railroad Administration 1120 Vermont Avenue NW, Washington, DC 20590

http://www.fra.dot.gov/us/content/30                                    8/12/2005



Home   Help   Contact Us   Search

Reservations | Schedules | Routes | Stations | Hot Deals | Traveling With Amtrak | Earn Rewards

Make a Reservation

## Board of Directors



- Annual Reports
- Other Reports
- Government Affairs
- Job Opportunities
- Press & Media
- Diversity
- Board of Directors »
- Executive Committee
- Amtrak Customer Advisory Committee
- Business Strategy & Strategic Initiatives
- Partners & Alliances
- Travel Agent Support

### National Railroad Passenger Corporation Board of Directors

60 Massachusetts Ave., NE
Washington, DC 20002

**Members**

Mr. David L. Gunn
President & CEO
Amtrak

Mr. Floyd Hall

Mr. David M. Laney, Esq.
Chairman of the Board

The Honorable Norman Mineta
Secretary of Transportation

Mr. Enrique Sosa

Inside Amtrak | Press & Media | Site Map | Amtrak Store
Privacy & Security | Legal | Terms of Transportation



Intelligence. Insight. Results. Learn More Or Subscribe Now: (866) 464-3202

# National Railroad Passenger Corporation

60 Massachusetts Ave. NE  
Washington, DC 20002 (Map)  
http://www.amtrak.com

Phone: 202-906-3000  
Fax: 202-906-3306

Hoover's coverage by James Bryant

## Overview

Fueled by government dollars, Amtrak keeps on chugging, hoping to operate under its own steam. The National Railroad Passenger Corporation, better known as Amtrak, carries more than 24 million passengers a year in 46 states -- Alaska, Hawaii, South Dakota, and Wyoming are excluded. The company's system includes more than 22,000 route miles, nearly all of which are owned by freight railroads. A for-profit company that has never been profitable, Amtrak is almost wholly owned by the US Department of Transportation and receives large subsidies from the federal government. Some government officials have called for Amtrak to be self-sufficient.

Sample Overview & History

## Key Numbers

| | |
|---|---|
| Company Type | Government-owned |
| Fiscal Year-End | September |
| 2003 Sales (mil.) | $2,076.6 |
| 1-Year Sales Growth | (6.8%) |
| 2003 Net Income (mil.) | ($1,274.3) |
| 2003 Employees | 22,000 |
| 1-Year Employee Growth | 0.0% |

Get more Key Numbers

**TIP:** Understand how a company performs against its industry by reviewing Comparison Data. Column-to-column comparisons to the industry and the market are available with a Hoover's subscription.

Privacy Policy | Copyright © 2005, Hoover's, Inc., All Rights Reserved



| CUSTOMERS | SUPPLIERS | INVESTORS | EMPLOYEES | MEDIA | GENERAL |

::: GENERAL :::

**General Main**
**CSX Overview**
  About CSX Corp
  Annual Report
  Management
  Quick Facts
  System Map
  State Fact Sheets
  Our Values
  Diversity
  Corporate Giving
  Environment
**Safety Is A Way of Life**
**Resources**
**CSX Property**
**Salvage Sales**
**Corporate Governance**
**Industry Issues**
**Contact Us**

*General*

To report an emergency, call 1-800-232-0144

Return to previous page

### CSX System Map

When it comes to the business of shipping, CSX can move you in the right direction. In fact, you don't even have to be located on railroad track for us to help you. With 23,000 miles of track, access to 70 ports and the largest intermodal network in the U.S., and nationwide transloading and distribution services, we've got what it takes to move your business.

View other maps on CSX.com: [Select a map ▼]    View State Fact Sheets

Key:
- CSX Rail Network
- Interline Access
- Intermodal Terminals
- TRANSFLO Bulk Terminals
- Ports

Privacy    Terms of Use    Corporate Structure    ©2005 CSX Corporation, Inc.



Intelligence. Insight. Results. Learn More Or Subscribe Now:
(866) 464-3202

# CSX Transportation Inc.

500 Water St., 15th Fl.  
Jacksonville, FL 32202 (Map)  
http://www.csx.com

Phone: 904-359-3100  
Fax: 904-359-2459

Hoover's coverage by James Bryant

## Overview

CSX Transportation, the primary subsidiary of CSX, provides rail freight transportation over more than 22,000 miles of track in 23 states in the eastern half of the US and two Canadian provinces. Freight carried by the railroad includes merchandise (chemicals, agricultural and food products, forest and industrial products, and phosphates and fertilizer), automotive products, and coal, coke, and iron ore.

## Key Numbers

| | |
|---|---|
| Company Type | Subsidiary of CSX |
| Fiscal Year-End | December |
| 2004 Sales (mil.) | $6,694.0 |
| 1-Year Sales Growth | 8.3% |
| 2004 Net Income (mil.) | $330.0 |
| 1-Year Net Income Growth | 68.4% |
| 2004 Employees | 32,074 |
| 1-Year Employee Growth | (2.5%) |

Get more Key Numbers

**TIP:** Understand how a company performs against its industry by reviewing Comparison Data. Column-to-column comparisons to the industry and the market are available with a **Hoover's subscription.**

## Key People



CUSTOMERS    SUPPLIERS    INVESTORS    EMPLOYEES    MEDIA    **GENERAL**

::: GENERAL :::

To report an emergency, call 1-800-232-0144

General Main
**CSX Overview**
   About CSX Corp
   Annual Report
   Management
   Quick Facts
   System Map
   **State Fact Sheets**
   Our Values
   Diversity
   Corporate Giving
   Environment

Safety Is A Way of Life
Resources
CSX Property
Salvage Sales
Corporate Governance
Industry Issues
Contact Us

### General

### State Fact Sheets

Alabama (47.3 kb) PDF

Connecticut (39.3 kb) PDF

Delaware (43.0 kb) PDF

Florida (56.4 kb) PDF

Georgia (53.0 kb) PDF

Illinois (47.2 kb) PDF

Indiana (50.3 kb) PDF

Kentucky (53.8 kb) PDF

Louisianna (42.5 kb) PDF

Maryland (52.7 kb) PDF

Massachusetts (46.0 kb) PDF

Michigan (52.8 kb) PDF

Mississippi (39.5 kb) PDF

New Jersey (51.5 kb) PDF

New York (50.7 kb) PDF

North Carolina (50.5 kb) PDF

Ohio (57.8 kb) PDF

Pennsylvania (49.5 kb) PDF

South Carolina (49.0 kb) PDF

Tennessee (52.4 kb) PDF

Virginia (48.9 kb) PDF

West Virginia (48.4 kb) PDF

Return to previous page

Privacy    Terms of Use    Corporate Structure    ©2005 CSX Corporation, Inc.