# EXHIBIT C

Case 1:05-cv-01420-RMU    Document 11-4    Filed 08/23/2005    Page 2 of 3

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT OF COLUMBIA** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,121 | 3,461 | 3,382 | 3,377 | 3,682 | 3,984 | U.S. | Circuit |
| | Terminations | | 3,365 | 3,101 | 3,159 | 3,291 | 3,517 | 3,498 | | |
| | Pending | | 4,422 | 4,656 | 4,338 | 4,151 | 4,069 | 3,921 | | |
| | % Change in Total Filings | Over Last Year | | -9.8 | | | | | 84 | - |
| | | Over Earlier Years | | | -7.7 | -7.6 | -15.2 | -21.7 | 89 | - |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months** | | .0 | 3.1 | 17.1 | 27.4 | 27.3 | 31.5 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 208 | 231 | 225 | 225 | 245 | 266 | 90 | - |
| | | Civil | 163 | 184 | 179 | 197 | 224 | 238 | 87 | - |
| | | Criminal Felony | 32 | 35 | 34 | 28 | 21 | 28 | 88 | - |
| | | Supervised Release Hearings** | 13 | 12 | 12 | - | - | - | 65 | - |
| | Pending Cases | | 295 | 310 | 289 | 277 | 271 | 261 | 78 | - |
| | Weighted Filings** | | 261 | 280 | 271 | 284 | 277 | 293 | 89 | - |
| | Terminations | | 224 | 207 | 211 | 219 | 234 | 233 | 89 | - |
| | Trials Completed | | 15 | 15 | 12 | 12 | 11 | 12 | 71 | - |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.8 | 10.2 | 9.6 | 7.7 | 7.2 | 7.3 | 91 | - |
| | | Civil** | 10.3 | 10.3 | 10.5 | 9.8 | 9.9 | 8.7 | 59 | - |
| | From Filing to Trial** (Civil Only) | | 27.4 | 25.0 | 29.0 | 24.0 | 24.0 | 24.0 | 65 | - |
| OTHER | Civil Cases Over 3 Years Old** | Number | 408 | 445 | 359 | 282 | 231 | 150 | | |
| | | Percentage | 12.8 | 12.7 | 11.1 | 8.6 | 6.9 | 4.6 | 87 | |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.3 | 1.4 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 75.49 | 85.69 | 93.32 | 69.99 | 80.53 | 75.71 | | |
| | | Percent Not Selected or Challenged | 50.4 | 56.6 | 55.7 | 51.9 | 56.8 | 53.9 | | |

| **2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2449 | 23 | 38 | 491 | 24 | 33 | 173 | 150 | 265 | 60 | 657 | 26 | 509 |
| Criminal* | 475 | 11 | 6 | 219 | - | 7 | 121 | ** | 4 | 40 | 7 | 4 | 56 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MARYLAND** | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | Filings* | 4,753 | 4,572 | 5,244 | 4,356 | 4,514 | 4,502 | U.S. | Circuit |
| | Terminations | 4,292 | 4,317 | 4,721 | 4,129 | 4,658 | 4,742 | | |
| | Pending | 4,399 | 4,228 | 3,999 | 3,467 | 3,231 | 3,362 | | |
| | % Change in Total Filings — Over Last Year | 4.0 | | | | | | 32 | 3 |
| | % Change in Total Filings — Over Earlier Years | | -9.4 | 9.1 | 5.3 | 5.6 | | 53 | 7 |
| | Number of Judgeships | 10 | 10 | 10 | 10 | 10 | 10 | | |
| | Vacant Judgeship Months** | 1.1 | 11.2 | 3.6 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 476 | 457 | 524 | 436 | 451 | 450 | 45 | 5 |
| | FILINGS — Civil | 415 | 395 | 468 | 386 | 400 | 404 | 28 | 2 |
| | FILINGS — Criminal Felony | 50 | 52 | 50 | 50 | 51 | 46 | 73 | 8 |
| | FILINGS — Supervised Release Hearings** | 11 | 10 | 6 | - | - | - | 79 | 9 |
| | Pending Cases | 440 | 423 | 400 | 347 | 323 | 336 | 35 | 4 |
| | Weighted Filings** | 490 | 495 | 482 | 461 | 489 | 491 | 50 | 5 |
| | Terminations | 429 | 432 | 472 | 413 | 466 | 474 | 53 | 5 |
| | Trials Completed | 23 | 21 | 20 | 20 | 23 | 21 | 28 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 10.2 | 11.5 | 9.6 | 9.1 | 8.0 | 8.2 | 76 | 8 |
| | From Filing to Disposition — Civil** | 7.1 | 7.5 | 8.9 | 7.7 | 7.1 | 7.6 | 10 | 2 |
| | From Filing to Trial** (Civil Only) | 25.5 | 23.0 | 22.5 | 22.4 | 19.7 | 18.2 | 57 | 6 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 210 | 102 | 71 | 60 | 67 | 76 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 5.6 | 3.1 | 2.3 | 2.2 | 2.7 | 2.7 | 66 | 9 |
| | Average Number of Felony Defendants Filed Per Case | 1.6 | 1.5 | 1.4 | 1.3 | 1.3 | 1.4 | | |
| | Jurors — Avg. Present for Jury Selection | 52.14 | 55.07 | 48.17 | 45.96 | 51.50 | 44.03 | | |
| | Jurors — Percent Not Selected or Challenged | 31.1 | 38.7 | 35.5 | 28.5 | 35.6 | 37.6 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4146 | 239 | 7 | 899 | 89 | 22 | 233 | 589 | 551 | 111 | 613 | 9 | 784 |
| Criminal* | 486 | 26 | 8 | 151 | - | 20 | 117 | ** | 9 | 79 | 5 | 17 | 54 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."