IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **JUDITH B. BRANNEN**<br><br>    *Plaintiff,*<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER.,**<br>**CORPORATION,**<br>**CSX CORPORATION**<br>**CSX TRANSPORTATION, INC.**<br><br>    *Defendants.* | Case No.: **05CV01420**<br>Judge Ricardo M. Urbina |

## ENTRY OF APPEARANCE

THE CLERK OF THE COURT shall kindly note the appearance of Jennifer S. Jackman of Whiteford, Taylor & Preston, LLP, as additional counsel for the defendants, CSX Corporation and CSX Transportation, Inc.

                                                                Respectfully submitted,


                                                                /s/  *John J. Hathway*
                                                                John J. Hathway. (#412664)
                                                                Stephen B. Caplis (#452991)
                                                                Jennifer S. Jackman (#466922)
                                                                Whiteford, Taylor & Preston L.L.P.
                                                                1025 Connecticut Avenue, NW,
                                                                Washington, DC  20036-5405
                                                                (202) 659-6800

                                                                *Attorney for Defendants,*
                                                                *CSX Corporation and CSX*
                                                                *Transportation, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2005, a copy of the foregoing was mailed first class, postage prepaid to:

Nicholas Gilman, Esq.
John Green, Esq.
Gilman & Associates
600 Pennsylvania Avenue, SE
Suite 410
Washington, DC  20003

_/s/ *John J. Hathway*_____
John J. Hathway

*177765*