# U.S. District Court
## District of Maryland (Greenbelt)
### CIVIL DOCKET FOR CASE #: 8:05-cv-01987-DKC

Yoder-Harris et al v. National Railroad Passenger Corporation et al
Assigned to: Judge Deborah K. Chasanow
Demand: $12000000
Related Case: 1:05-cv-02255-DKC
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/21/2005
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Naomi Yoder-Harris**     represented by  **Anne H S Fraser**
1320 19th St NW
Washington, DC 20036
12024664009
Fax: 12024664010
Email: ahsfraser@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Masonson**
Nina Masonson Attorney at Law
1320 19th St NW Ste 200
Washington, DC 20036
12026672330
Fax: 12026672302
Email: nmasonson@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Yoder-Harris**     represented by  **Anne H S Fraser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Masonson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Railroad Passenger Corporation**
*doing business as*

represented by  **Amy Estelle Askew**
Whiteford Taylor and Preston
Seven Saint Paul St Ste 1400



EXHIBIT 1

| | |
|---|---|
| AMTRAK | Baltimore, MD 21202<br>14103478700<br>Fax: 14103479420<br>Email: aaskew@wtplaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Dale B Garbutt**<br>Whiteford Taylor and Preston LLP<br>Seven Saint Paul St 14th Fl<br>Baltimore, MD 21202<br>14103478700<br>Fax: 14107527092<br>Email: dgarbutt@wtplaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen B Caplis**<br>Whiteford Taylor and Preston LLP<br>Seven Saint Paul St Ste 1400<br>Baltimore, MD 21202<br>14103478700<br>Fax: 14107527092<br>Email: scaplis@wtplaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **CSX Corporation** | represented by **Amy Estelle Askew**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Dale B Garbutt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen B Caplis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2005 | 1 | COMPLAINT against National Railroad Passenger Corporation, CSX Corporation ( Filing fee $ 250 receipt number 84637002109 ) filed by Naomi Yoder-Harris, Andre Yoder-Harris (Attachments: # 1 Civil Cover Sheet)(ajh, Deputy Clerk) (Entered: 07/22/2005) |
| 07/21/2005 | 2 | Local Rule 103.3--Certification by plaintiffs (ajh, Deputy Clerk) (Entered: 07/22/2005) |
| 07/22/2005 | 3 | Summons Issued (20 days) as to National Railroad Passenger Corporation, CSX Corporation (ajh, Deputy Clerk) (Entered: 07/22/2005) |
| | | |

| | | |
|---|---|---|
| 08/04/2005 | 4 | AFFIDAVIT of Service for Summons and Complaint *for Personal Injury and Loss of Consortium* served on Defendant CSX Corporation on July 27, 2005, filed by Naomi Yoder-Harris, Andre Yoder-Harris. (Fraser, Anne) (Entered: 08/04/2005) |
| 08/04/2005 | 5 | AFFIDAVIT of Service for Summons and Complaint *for Personal Injury and Loss of Consortium* served on Defendant National Railroad Passenger Corporation d/b/a Amtrak on July 27, 2005, filed by Naomi Yoder-Harris, Andre Yoder-Harris. (Fraser, Anne) (Entered: 08/04/2005) |
| 08/16/2005 | 6 | ANSWER to Complaint by National Railroad Passenger Corporation, CSX Corporation.(Askew, Amy) (Entered: 08/16/2005) |
| 08/16/2005 | 7 | SCHEDULING ORDER: Discovery / Status Report due by 12/29/2005. Motions due by 1/30/2006. Signed by Judge Deborah K. Chasanow on 8/16/2005. (Chasanow, Deborah) (Entered: 08/16/2005) |
| 08/16/2005 | 8 | NOTICE by National Railroad Passenger Corporation *Entry of Appearance* (Caplis, Stephen) (Entered: 08/16/2005) |
| 08/16/2005 | 9 | NOTICE by CSX Corporation *ENTRY OF APPEARANCES* (Caplis, Stephen) (Entered: 08/16/2005) |
| 08/18/2005 | 10 | Correspondence re: INITIAL SUBMISSION BY BOTH PARTIES (Caplis, Stephen) (Entered: 08/18/2005) |
| 08/26/2005 | 11 | PAPERLESS ORDER "CONFIRMING" that a telephone conference with counsel is scheduled Wednesday, August 31, 2005, at 3:00 p.m. Chambers will initiate the conference call. Signed by Judge Deborah K. Chasanow on 8/26/05. (Chasanow, Deborah) (Entered: 08/26/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/30/2005 12:17:25 | | | |
| PACER Login: | wt0224 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:05-cv-01987-DKC |
| Billable Pages: | 2 | Cost: | 0.16 |

# U.S. District Court
## District of Maryland (Greenbelt)
### CIVIL DOCKET FOR CASE #: 8:05-cv-00621-DKC

Daniel et al v. National Railroad Passenger Corporation et al
Assigned to: Judge Deborah K. Chasanow
Demand: $100000
Related Case: 1:05-cv-02255-DKC
Case in other court: USDC DC, 04-01371 JDB
                        Superior Ct DC, 04ca5587
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 03/03/2005
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Theodore A. Daniel**      represented by      **Darrell William Clark**
Stinson Morrison Hecker LLP
1150 18th St NW Ste 800
Washington, DC 20036-3816
12027859100
Fax: 12027859163
Email: dclark@stinsonmoheck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rudolph Valentino De George**
Barish Law Offices PC
Three Parkway
1601 Cherry St Ste 1320
Philadelphia, PA 19102
12159238900
Fax: 12153510593
Email: rdegeorge1@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I Gold**
United States Department of Justice
Office of the United States Trustee
6305 Ivy Ln Ste 600
Greenbelt, MD 20770
13013446216
Fax: 13013448431
Email: David.I.Gold@usdoj.gov
*TERMINATED: 05/13/2005*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Daniel**      represented by      **Darrell William Clark**
*Sgt.*                                                                (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rudolph Valentino De George**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I Gold**
(See above for address)
*TERMINATED: 05/13/2005*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**National Railroad Passenger Corporation**    represented by   **Dale B Garbutt**
Whiteford Taylor and Preston LLP
Seven Saint Paul St 14th Fl
Baltimore, MD 21202
14103478700
Fax: 14107527092
Email: dgarbutt@wtplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B Caplis**
Whiteford Taylor and Preston LLP
Seven Saint Paul St Ste 1400
Baltimore, MD 21202
14103478700
Fax: 14107527092
Email: scaplis@wtplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CSX Corporation**    represented by   **Dale B Garbutt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B Caplis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CSX Transportation Inc**    represented by   **Dale B Garbutt**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B Caplis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2005 | | Case electronically transferred in from District of Columbia; Case Number 04-1371. Documents numbered 1 - 15, copy of transfer order and docket sheet received. (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 1 | NOTICE OF REMOVAL by CSX Corporation, CSX Transportation Inc, National Railroad Passenger Corporation from Superior Court for the District of Columbia, case number 04ca5587. , filed by CSX Corporation, CSX Transportation Inc, National Railroad Passenger Corporation.(elt, Deputy Clerk) Additional attachment(s) added on 3/7/2005 (elt, Deputy Clerk). Modified on 3/7/2005 (elt, Deputy Clerk). (Entered: 03/04/2005) |
| 03/03/2005 | 2 | Local Rule 103.3 Disclosure of Corporate Affiliations and Financial Interests. (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 3 | Local Rule 103.3 Disclosure of Corporate Affiliations and Financial Interests. (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 4 | Local Rule 103.3 Disclosure of Corporate Affiliations and Financial Interests. (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 5 | NOTICE of Appearance by Darrell William Clark on behalf of Theodore A. Daniel, David Daniel (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 6 | MOTION for Rudolph V. DeGeorge II to Appear Pro Hac Vice by Theodore A. Daniel. (Attachments: # 1 Declaration# 2 Text of Proposed Order)(elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | | MINUTE ORDER granting re 6 MOTION for Rudolph V. DeGeorge II to Appear Pro Hac Vice filed by Theodore A. Daniel,. Signed by Judge Rosemary M. Collyer on 8/25/2004. (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 7 | ANSWER to Complaint by CSX Corporation, CSX Transportation Inc, National Railroad Passenger Corporation.(elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 8 | MOTION to Dismiss by CSX Corporation, CSX Transportation Inc, National Railroad Passenger Corporation. (Attachments: # 1 Text of Proposed Order)(elt, Deputy Clerk) Modified (Motion untermed) on 3/11/2005 (td, Deputy Clerk). (Entered: 03/04/2005) |
| 03/03/2005 | 9 | RESPONSE to Motion re 8 MOTION to Dismiss filed by Theodore A. |

| | | |
|---|---|---|
| | | Daniel, David Daniel. (Attachments: # 1 Exhibit A# 2 Memo of Law# 3 Text of Proposed Order)(elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 10 | REPLY to Response to Motion re 8 MOTION to Dismiss filed by CSX Transportation Inc. (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 11 | Case transferred in from Superior Court of the District of Columbia, Case Number 04ca5587 (9/2/04) (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 12 | MOTION to Transfer Case by CSX Transportation Inc. (Attachments: # 1 Text of Proposed Order)(elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 13 | NOTICE of Appearance and withdrawal of appearance by Stephen B Caplis on behalf of National Railroad Passenger Corporation (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/03/2005 | 14 | ORDER granting 12 Motion to Transfer Case. This case will be transferred to the United States District Court for the District of Maryland. Signed by Judge John D. Bates on 12/21/2004. (elt, Deputy Clerk) Additional attachment(s) added on 3/4/2005 (elt, Deputy Clerk). (Entered: 03/04/2005) |
| 03/03/2005 | 15 | ENTERED IN ERROR... FINAL JUDGMENT AS TO MARKOVA CAMPBELL. Signed by Judge James Robertson on March 3, 2005. (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/04/2005 | 16 | Correspondence re: attorney admission to practice in this Court (c/m 3/4/05) (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/04/2005 | 17 | Correspondence re: notification of transfer of case (c/m 3/4/05) (elt, Deputy Clerk) (Entered: 03/04/2005) |
| 03/07/2005 | 18 | Superior Court INITIAL ORDER (originally filed as part of Docket Entry 1 on 3/4/05) (elt, Deputy Clerk) (Entered: 03/07/2005) |
| 03/07/2005 | 19 | DC Superior Court COMPLAINT against CSX Corporation, CSX Transportation Inc, National Railroad Passenger Corporation , filed by Theodore A. Daniel, David Daniel. (originally filed as part of Docket Entry 1 on 3/4/05) (Pages 24-26 missing) (Attachments: # 1 Verification) (elt, Deputy Clerk) (Entered: 03/07/2005) |
| 03/07/2005 | 20 | Summons Issued as to CSX Corporation, CSX Transportation Inc, National Railroad Passenger Corporation. (originally filed as part of Docket Entry 1 on 3/4/05) (elt, Deputy Clerk) Modified on 3/7/2005 (elt, Deputy Clerk). (Entered: 03/07/2005) |
| 03/07/2005 | 21 | NOTICE of Filing Notice of Removal by CSX Corporation, CSX Transportation Inc, National Railroad Passenger Corporation (originally filed as part of Docket Entry 1 on 3/4/05) (elt, Deputy Clerk) (Entered: 03/07/2005) |
| 03/07/2005 | 22 | Local Rule 103.5 Certification of Filing of State Court Papers. (originally filed as part of Docket Entry 1 on 3/4/05) (elt, Deputy Clerk) (Entered: 03/07/2005) |

| | | |
|---|---|---|
| 03/07/2005 | | The above pleadings #18 through #20 are copies filed in the Superior Court of the District of Columbia, Civil Division (elt, Deputy Clerk) (Entered: 03/07/2005) |
| 03/07/2005 | | The above pleadings #21 and #22 are copies filed in the United States District Court for the District of Columbia (elt, Deputy Clerk) (Entered: 03/07/2005) |
| 03/15/2005 | 23 | NOTICE of Appearance by Dale B Garbutt on behalf of all defendants (Garbutt, Dale) (Entered: 03/15/2005) |
| 05/11/2005 | | MOTION of Rudolph V. De George, II to Appear Pro Hac Vice by Theodore A. Daniel, David Daniel. (rank, Deputy Clerk) (Entered: 05/12/2005) |
| 05/11/2005 | 24 | ORDER granting [] Motion of Rudolph V. De George, II to Appear Pro Hac Vice. Signed by the Clerk on 5/10/05. (c/m 5/12/05 rk) (rank, Deputy Clerk) (Entered: 05/12/2005) |
| 05/13/2005 | 25 | MOTION to Withdraw as Attorney by Theodore A. Daniel, David Daniel. Responses due by 5/31/2005 (Attachments: # 1 Text of Proposed Order)(Gold, David) (Entered: 05/13/2005) |
| 05/13/2005 | 26 | PAPERLESS ORDER "GRANTING" 25 Motion of David I. Gold to Withdraw as Counsel for Plaintiffs. Signed by Judge Deborah K. Chasanow on 5/13/2005. (Chasanow, Deborah) (Entered: 05/13/2005) |
| 06/01/2005 | 27 | PAPERLESS ORDER "CONFIRMING" that a Telephone Conference is scheduled on Wednesday, June 8, 2005 at 2:30 p.m.; Chambers will initiate the conference call. Signed by Judge Deborah K. Chasanow on 6/1/2005. (Chasanow, Deborah) (Entered: 06/01/2005) |
| 06/08/2005 | | Telephone Conference held before Judge Deborah K. Chasanow. (td, Deputy Clerk) (Entered: 06/08/2005) |
| 06/08/2005 | 28 | SCHEDULING ORDER: Discovery / Status Report due by 10/21/2005. Motions due by 11/21/2005. Signed by Judge Deborah K. Chasanow on 6/8/2005. (Chasanow, Deborah) (Entered: 06/08/2005) |
| 06/22/2005 | 29 | Report re: Deposition hours (Garbutt, Dale) (Entered: 06/22/2005) |
| 08/08/2005 | 30 | STIPULATION *To Extend Deadlines As Set Forth In The Court's Order of June 8, 2005* by Theodore A. Daniel, David Daniel. (Clark, Darrell) (Entered: 08/08/2005) |
| 08/09/2005 | 31 | PAPERLESS ORDER "GRANTING" 30 Stipulation to Extend Deadlines. Discovery closes and status report due 11/21/05, dispositive motions due 12/21/05. Signed by Judge Deborah K. Chasanow on 8/9/05. (Chasanow, Deborah) (Entered: 08/09/2005) |
| 08/26/2005 | 32 | PAPERLESS ORDER "CONFIRMING" that a telephone conference with counsel is scheduled Wednesday, August 31, 2005, at 3:00 p.m. Chambers will initiate the conference call. Signed by Judge Deborah K. Chasanow on 8/26/05. (Chasanow, Deborah) (Entered: 08/26/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/30/2005 12:15:54 | | | |
| PACER Login: | wt0224 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:05-cv-00621-DKC |
| Billable Pages: | 3 | Cost: | 0.24 |

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01930-AMD

Roth v. CSX Corporation et al  
Assigned to: Judge Andre M Davis  
Demand: $4000000  
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/15/2005  
Jury Demand: Both  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity

**Plaintiff**

**Karen Roth**  
*Individually*

represented by **Jeffrey N Pritzker**  
Margolis Pritzker Epstein Blatt and Franklin PA  
405 E Joppa Rd Ste 100  
Towson, MD 21286  
14103370098  
Fax: 14103370098  
Email: jnpritzker@mpelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Rosser J Pettit**  
Margolis Pritzker Epstein and Blatt PA  
405 E Joppa Rd Ste 100  
Towson, MD 21286  
14108232222  
Fax: 14103370098  
Email: rpettit@mpelaw.com  
*TERMINATED: 08/11/2005*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Dan Zeidman**  
Law Offices of Dan Zeidman  
260 E Chase Ave Ste 201  
El Cajon, CA 92022-1328  
16194403232  
Fax: 16194407864  
Email: lawofficesofdanzeidman@hotmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CSX Corporation**

represented by **Amy Estelle Askew**  
Whiteford Taylor and Preston  
Seven Saint Paul St Ste 1400

Baltimore, MD 21202
14103478700
Fax: 14103479420
Email: aaskew@wtplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CSX Transportation, Inc.**            represented by **Amy Estelle Askew**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**National Railroad Passenger**          represented by **Amy Estelle Askew**
**Corporation**                                          (See above for address)
*doing business as*                                      *ATTORNEY TO BE NOTICED*
Amtrak

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2005 | 1 | COMPLAINT against CSX Corporation, CSX Transportation, Inc., National Railroad Passenger Corporation ( Filing fee $ 250 receipt number 84637002061.), filed by Karen Roth. (Attachments: # 1 Civil Cover Sheet # 2 Civil Cover Sheet Attachment)(elt, Deputy Clerk) (Entered: 07/15/2005) |
| 07/15/2005 |   | Jury Trial Demand by Karen Roth. (elt, Deputy Clerk) (Entered: 07/15/2005) |
| 07/15/2005 | 2 | Summons Issued 20 days as to CSX Corporation, CSX Transportation, Inc., National Railroad Passenger Corporation. (elt, Deputy Clerk) (Entered: 07/15/2005) |
| 07/15/2005 | 3 | Correspondence re: CM/ECF user registration mailed to counsel (c/m 7/15/05) (elt, Deputy Clerk) (Entered: 07/15/2005) |
| 08/11/2005 | 4 | NOTICE Re: The Removal of Rosser Pettit as attorney for Plaintiff as Jeffrey N Pritzker will remain as counsel for Plaintiff by Karen Roth (eg, Deputy Clerk) (Entered: 08/11/2005) |
| 08/11/2005 | 5 | Correspondence from Clerk re: "ECF" warning letter to counsel. (eg, Deputy Clerk) (Entered: 08/11/2005) |
| 08/15/2005 | 6 | SUMMONS Returned Executed National Railroad Passenger Corporation served on 8/3/2005, answer due 8/23/2005. (Attachments: # 1 U.S. Postal Service Return Receipt)(eg, Deputy Clerk) (Entered: 08/16/2005) |
| 08/15/2005 | 7 | SUMMONS Returned Executed CSX Corporation served on 8/3/2005, answer due 8/23/2005. (Attachments: # 1 U.S. Postal Service Return Receipt)(eg, Deputy Clerk) (Entered: 08/16/2005) |
| 08/15/2005 | 8 | SUMMONS Returned Executed CSX Transportation, Inc. served on |

| | | |
|---|---|---|
| | | 8/3/2005, answer due 8/23/2005. (Attachments: # 1 U.S. Postal Service Return Receipt)(eg, Deputy Clerk) (Entered: 08/16/2005) |
| 08/16/2005 | 9 | MOTION to Appear Pro Hac Vice the admission of Dan Zeidman by Karen Roth. (eg, Deputy Clerk) (Entered: 08/17/2005) |
| 08/16/2005 | 10 | MARGINAL ORDER granting 9 Motion to Appear Pro Hac Vice the admission of Dan Zeidman. Signed by Clerk on 8/15/05. (FOR DOCUMENT #10 SEE DOCUMENT #9) (eg, Deputy Clerk) (Entered: 08/17/2005) |
| 08/19/2005 | 11 | ANSWER to Complaint with Jury Demand by CSX Corporation, CSX Transportation, Inc., National Railroad Passenger Corporation. (Attachments: # 1 Civil Cover Sheet)(Askew, Amy) (Entered: 08/19/2005) |
| 08/19/2005 | 12 | Local Rule 103.3. (Askew, Amy) (Entered: 08/19/2005) |
| 08/19/2005 | 13 | Local Rule 103.3. (Askew, Amy) (Entered: 08/19/2005) |
| 08/19/2005 | 14 | Local Rule 103.3. (Askew, Amy) (Entered: 08/19/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/30/2005 12:20:32 | | | |
| PACER Login: | wt0224 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01930-AMD |
| Billable Pages: | 2 | Cost: | 0.16 |