# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02255-DKC

Henderson v. National Railroad Passenger Corporation et al
Assigned to: Judge Deborah K. Chasanow
Demand: $900000
Related Cases: 8:05-cv-00621-DKC
                8:05-cv-01987-DKC
Case in other court: Circuit Court for Baltimore City, 24-C-05-006736 OC
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 08/16/2005
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Ronald E. Henderson**     represented by **Robert W Buettner**
Muhl Dixon Buettner and Cooper PA
908 Frederick Rd
Catonsville, MD 21228
14107472800
Fax: 14107479486
Email: buettnercooplaw@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Railroad Passenger Corporation**
*doing business as*
"AMTRAK"

represented by **Stephen B Caplis**
Whiteford Taylor and Preston LLP
Seven Saint Paul St Ste 1400
Baltimore, MD 21202
14103478700
Fax: 14107527092
Email: scaplis@wtplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Estelle Askew**
Whiteford Taylor and Preston
Seven Saint Paul St Ste 1400
Baltimore, MD 21202
14103478700
Fax: 14103479420
Email: aaskew@wtplaw.com
*ATTORNEY TO BE NOTICED*

**Dale B Garbutt**
Whiteford Taylor and Preston LLP


EXHIBIT 2

Seven Saint Paul St 14th Fl
Baltimore, MD 21202
14103478700
Fax: 14107527092
Email: dgarbutt@wtplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CSX Transportation, Inc.**                 represented by   **Stephen B Caplis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Estelle Askew**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dale B Garbutt**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2005 | 1 | NOTICE OF REMOVAL by CSX Transportation, Inc., National Railroad Passenger Corporation from Circuit Court for Baltimore City, case number 24-C-05-006736 OC. (Filing fee $ 250 receipt number 14637003849), filed by CSX Transportation, Inc., National Railroad Passenger Corporation. (Attachments: # 1 Notice of Service of Removal# 2 Civil Cover Sheet)(raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 | 2 | COMPLAINT against CSX Transportation, Inc., National Railroad Passenger Corporation , filed by Ronald E. Henderson. (Attachments: # 1 Circuit Court Case History)(raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 |  | Jury Trial Demand by Ronald E. Henderson. (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 | 3 | Summons Issued 30 days as to CSX Transportation, Inc. (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 | 4 | Summons Issued 60 days as to National Railroad Passenger Corporation. (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 | 5 | MOTION for Special Admission of Out-of-State Attorney by Ronald E. Henderson. (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 | 6 | ORDER denying 5 Motion for Special Admission of Out-of State Attorney. Signed by Circuit Court Judge Kaye A. Allison on 7/19/05. (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 | 7 | SUMMONS Returned Executed by Ronald E. Henderson. CSX Transportation, Inc. served on 7/21/2005. (raf, Deputy Clerk) (Entered: |

| | | |
|---|---|---|
| | | 08/18/2005) |
| 08/16/2005 | 8 | SUMMONS Returned Executed by Ronald E. Henderson. National Railroad Passenger Corporation served on 7/25/2005. (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 | 9 | ANSWER to Complaint by CSX Transportation, Inc., National Railroad Passenger Corporation.(raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 | 10 | NOTICE OF FILING NOTICE OF REMOVAL by CSX Transportation, Inc., National Railroad Passenger Corporation (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/16/2005 | | THE ABOVE PLEADINGS 2 THROUGH 10 ARE COPIES FILED IN THE CIRCUIT COURT FOR BALTIMORE CITY. (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/18/2005 | 11 | Correspondence re: removal notification. (c/m to W. Jack Cooper and John M. Cooper). (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/18/2005 | 12 | STANDING ORDER re: REMOVAL. Signed by Judge Deborah K. Chasanow on 8/18/05. (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/18/2005 | 13 | Correspondence re: warning letter. (raf, Deputy Clerk) (Entered: 08/18/2005) |
| 08/18/2005 | 14 | Local Rule 103.3. (Askew, Amy) (Entered: 08/18/2005) |
| 08/18/2005 | 15 | Local Rule 103.3. (Askew, Amy) (Entered: 08/18/2005) |
| 08/26/2005 | 16 | PAPERLESS ORDER "CONFIRMING" that a telephone conference with counsel is scheduled Wednesday, August 31, 2005, at 3:00 p.m. Chambers will initiate the conference call. Signed by Judge Deborah K. Chasanow on 8/26/05. (Chasanow, Deborah) (Entered: 08/26/2005) |
| 08/30/2005 | 17 | MOTION to Appear Pro Hac Vice *Motion For Admission Pro Hac Vice* by Ronald E. Henderson. (Buettner, Robert) (Entered: 08/30/2005) |
| 08/30/2005 | 18 | Correspondence re: letter seeking admission into Court pro hac vice filed by John Cooper, Esquire (Buettner, Robert) (Entered: 08/30/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/30/2005 12:13:53 | | | |
| PACER Login: | wt0224 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-02255-DKC |
| Billable Pages: | 2 | Cost: | 0.16 |