UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE A. DANIEL, et al.,

Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.,

Defendants.

Civil Action No. 04-1371 (JDB)

## MEMORANDUM OPINION AND ORDER

Plaintiffs have filed this negligence and breach of contract action against defendants National Railroad Passenger Corporation ("AMTRAK"), CSX Corporation and CSX Transportation, Inc. (collectively "CSX") for injuries allegedly sustained in a train derailment that occurred in Kensington, Maryland. The case was originally filed in the Superior Court of the District of Columbia, and then was removed to this Court.

Defendants have filed a motion to dismiss, to which plaintiffs have responded. On November 13, 2004, however, defendants also filed a motion to transfer pursuant to 28 U.S.C. § 1404(a), which plaintiffs have not opposed. The Court concludes, upon an examination of plaintiffs' complaint, defendants' motion to transfer, and the entire record, that the motion will be granted and this case will be transferred to the United States District Court for the District of Maryland.

There is no question that this action arises entirely from a July 29, 2002, train derailment in Kensington, Maryland, having no connection whatsoever with the District of Columbia.


EXHIBIT 3

Defendants' railway operations relating to the subject matter of this case all occurred in Maryland. No relevant events, then, transpired in the District of Columbia, and there is no indication that any material witnesses are located in the District of Columbia (defendants indicate that there are no "necessary or material witnesses in the District of Columbia" and that "all of the documents and witnesses regarding the derailment would be available in Maryland where the accident occurred"). Moreover, plaintiffs live in Illinois and Georgia respectively.

Clearly, this action could have been brought in the United States District Court for the District of Maryland. Given the connection of the events and witnesses to Maryland, and the absence of any connection with the District of Columbia, it is apparent that this case should be transferred to the District of Maryland "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). Discovery, trial preparation, and trial would all proceed more efficiently in Maryland, where the events occurred and the witnesses are located. "[T]he most critical factor to examine under 28 U.S.C. § 1404(a) is the convenience of the witnesses." Chung v. Chrysler Corp., 903 F. Supp. 160, 164 (D.D.C. 1996). The ease of access to sources of proof, the expenses for willing witnesses, and whether the claim arose elsewhere are all important considerations in this assessment. See Trout Unlimited v. United States Dep't of Agriculture, 944 F. Supp. 13, 16 (D.D.C. 1996). Although generally a plaintiff's choice of forum is entitled to some weight, it is given less deference when (as here) the chosen forum is not the plaintiff's home forum. See Piper Aircraft v. Reyno, 454 U.S. 235, 255-56 (1981); Boers v. United States, 133 F. Supp. 2d 64, 65 (D.D.C. 2001).

All relevant factors therefore support transfer in this case. Moreover, plaintiffs have not opposed defendants' motion to transfer.

Accordingly, it is this 21st day of December, 2004, hereby

ORDERED that defendants' motion to transfer pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interest of justice is GRANTED and this action is TRANSFERRED to the United States District Court for the District of Maryland.

                                       /s/ John D. Bates
                                       JOHN D. BATES
                                       United States District Judge

Copies to:

Darrell W. Clark
Stinson, Morrison, Hecker, LLP
1150 18th Street, Northwest
Suite 800
Washington, D.C. 20036-3816
202-785-9100 (telephone)
202-785-9163 (fax)
E-mail: dclark@stinsonmoheck.com

Rudolph V. DeGeorge, II
Barish Law Offices, P.C.
3 Parkway
Suite 1320
Philadelphia, Pennsylvania 19102
215-923-8900

David Isaac Gold
Stinson, Morrison, Hecker, LLP
1150 18th Street, Northwest
Suite 800
Washington, D.C. 20036-3816
202-785-9100 (telephone)
202-785-9163 (fax)
E-mail: dgold@stinsonmoheck.com
        Counsel for Plaintiffs

David B. Goldstein
Daneker, McIntire, Schumm, Prince,
  Goldstein, Manning & Widmann, P.C.
One North Charles Street
Suite 2450
Baltimore, Maryland 21201
410-649-4755
  Counsel for Defendants

Stephen Bennett Caplis
Whiteford, Taylor & Preston
First Union Tower
7 St. Paul Street
Suite 1400
Baltimore, Maryland 21202-1626
410-347-8700 (telephone)