UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
                                      )
**JUDITH B. BRANNEN,**                )
                                      )
       Plaintiff,             )
v.                                    ) Case No. 1:05cv01420
                                      ) Judge: Ricardo M. Urbina
**NATIONAL RAILROAD PASSENGER**       )
**CORPORATION d/b/a Amtrak,**         )
**CSX CORPORATION, and**              )
**CSX TRANSPORTATION INC.,**          )
                                      )
       Defendants.            )
_____)

## PLAINTIFF'S NOTICE OF FILING

Plaintiff Judith B. Brannen, by and through her undersigned attorneys, submits as an attachment to this Notice of Filing two documents filed in <u>Regno v. CSX Transportation, et al.</u>, Case No. 1:04cv01264, an action filed in this Court before the Honorable Gladys Kessler arising from the same train wreck as the instant action involving plaintiff Judith B. Brannen and including exactly the same defendants. These filings from the <u>Regno</u> action include a witness list for the defendants and a joint motion to transfer that action to the United States Court for the Southern District of New York submitted about 25 days after the defendants filed their witness list. Plaintiff, in support of her opposition to defendant's motion to transfer, invites the Court's attention to the addresses of the defendants' proposed liability witnesses.

Dated: September 1, 2005

                                                          _____
Nicholas Gilman, #177725
John M. Green, #476592
GILMAN & ASSOCIATES
600 Pennsylvania Ave., S.E., #410
Washington, DC 20003

Attorneys for Plaintiff