IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JENNIFER DEL REGNO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:04CV01264 [ESH] |
| | : | |
| CSX TRANSPORTATION, INC., *et al.* | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' PRELIMINARY WITNESS LIST

COME NOW the Defendants, **NATIONAL RAILROAD PASSENGER CORPORATION**, (hereinafter, "NRPC"), **CSX TRANSPORTATION INC.** (hereinafter "CSXT") and **CSX CORPORATION** (hereinafter "CSX"), by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA**, and in accordance with the November 5, 2004 Scheduling Order of this Honorable Court, hereby submits the following Preliminary Witness List:

1.    Cyril E. Gura
      NATIONAL TRANSPORTATION SAFETY BOARD
      31W 775 North Avenue
      West Chicago, IL 60185

2.    Allen C. Ludwig
      FEDERAL RAILROAD ADMINISTRATION
      1349 Buckingham Avenue
      Norfolk, VA 23508

3.    Bernard West
      FEDERAL RAILROAD ADMINISTRATION
      2 International Plaza, Suite 550
      Philadelphia, PA 19113

4.  Walter L. Heide
    c/o NATIONAL RAILROAD PASSENGER CORPORATION
    Passenger Claims
    60 Massachusetts Avenue NE
    Washington, DC  20002
    (202) 906-3000

5.  George J. Melodini
    c/o NATIONAL RAILROAD PASSENGER CORPORATION
    Passenger Claims
    60 Massachusetts Avenue NE
    Washington, DC  20002
    (202) 906-3000

6.  James Grupposo
    c/o NATIONAL RAILROAD PASSENGER CORPORATION
    Passenger Claims
    60 Massachusetts Avenue NE
    Washington, DC  20002
    (202) 906-3000

7.  Robert H. Lucas
    c/o NATIONAL RAILROAD PASSENGER CORPORATION
    Passenger Claims
    60 Massachusetts Avenue NE
    Washington, DC  20002
    (202) 906-3000

8.  Stephen Piper
    c/o NATIONAL RAILROAD PASSENGER CORPORATION
    Passenger Claims
    60 Massachusetts Avenue NE
    Washington, DC  20002
    (202) 906-3000

9.  Stephen J. Smart
    c/o NATIONAL RAILROAD PASSENGER CORPORATION
    Passenger Claims
    60 Massachusetts Avenue NE
    Washington, DC  20002
    (202) 906-3000

123705-1

10.   Ms. Dixon
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

11.   Edward Chenowski
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

12.   Marbley Geter
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

13.   Anne Hess
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

14.   Ms. McWilliams
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

15.   Nellie Whitefrich
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

123705-1

16.    Marc Abrams
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

17.    James Israel
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

18.    Antoine Stanley
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

19.    Darryl Harding
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

20.    Daniel Myers
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

21.    Steven Pope
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

123705-1

22.    Leonard Cregger
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

23.    Roger Wisner
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

24.    Rick Valentine
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

25.    Henry Dahl
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

26.    Mr. Vermiel
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

27.    Sonny Heggy
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

123705-1

28.    Walter Leigh
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

29.    John Seale
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

30.    Mr. Cannon
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

31.    Michael Wharton
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

32.    Ronald Baer
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

33.    Marvin Meritt
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

123705-1

34.   William Egan
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

35.   Bruce Rose
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

36.   Ted Maybrier
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

37.   Peter Defox
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

38.   Brian Lusky
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

39.   George Melodini
      c/o NATIONAL RAILROAD PASSENGER CORPORATION
      Passenger Claims
      60 Massachusetts Avenue NE
      Washington, DC  20002
      (202) 906-3000

123705-1

40.     James Rapposo
        c/o NATIONAL RAILROAD PASSENGER CORPORATION
        Passenger Claims
        60 Massachusetts Avenue NE
        Washington, DC  20002
        (202) 906-3000

41.     Don Scott
        c/o NATIONAL RAILROAD PASSENGER CORPORATION
        Passenger Claims
        60 Massachusetts Avenue NE
        Washington, DC  20002
        (202) 906-3000

42.     Donald Savage
        c/o NATIONAL RAILROAD PASSENGER CORPORATION
        Passenger Claims
        60 Massachusetts Avenue NE
        Washington, DC  20002
        (202) 906-3000

43.     Douglas Adams
        c/o NATIONAL RAILROAD PASSENGER CORPORATION
        Passenger Claims
        60 Massachusetts Avenue NE
        Washington, DC  20002
        (202) 906-3000

44.     Gregory Gargarin
        c/o NATIONAL RAILROAD PASSENGER CORPORATION
        Passenger Claims
        60 Massachusetts Avenue NE
        Washington, DC  20002
        (202) 906-3000

45.     Daniel McFadden
        c/o NATIONAL RAILROAD PASSENGER CORPORATION
        Passenger Claims
        60 Massachusetts Avenue NE
        Washington, DC  20002
        (202) 906-3000

123705-1

46.    Kenneth Darquist
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

47.    Vincent Yale
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

48.    Walter Hyde
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

49.    Felix Perez
       c/o NATIONAL RAILROAD PASSENGER CORPORATION
       Passenger Claims
       60 Massachusetts Avenue NE
       Washington, DC  20002
       (202) 906-3000

50.    Robert Allweng
       MONTGOMERY COUNTY FIRE AND RESCUE
       10025 Darnestown Road
       Rockville, MD  20850
       (301) 279-1836

51.    James Kensington
       MONTGOMERY COUNTY FIRE AND RESCUE
       10025 Darnestown Road
       Rockville, MD  20850
       (301) 279-1836

52.    Betsy Duns
       Information to be supplemented.

53.    James Stanton
       Information to be supplemented.

9

Defendants object to disclosing the personal address and telephone number of these above-referenced individuals. These individuals may be contacted through counsel for Defendants.

54.    Any and all of Plaintiff Jennifer Del Regno's health care providers prior to and following the incident referenced in the Complaint, including but not limited to, Dr. Rodrigo Lim at Hudson Neurosciences, Dr. James H. Brown Jr. at Bayonne Imaging Associates, the doctors and health care professionals who treated Ms. Del Regno at Montgomery General Hospital, Korsower & Pion Radiology, and Bayonne Medical Center.

55.    Plaintiff Jennifer Del Regno.

56.    All individuals and/or entities identified by Plaintiff or discovered through investigation and discovery in this action.

Defendants reserve the right to amend and/or supplement this List as investigation and discovery in this case occur and as supplemental responses are permitted in accordance with the order of this Court.

DATED this 11th day of March 2005.

**BONNER KIERNAN TREBACH & CROCIATA**

Joseph S. Crociata #411929
1250 Eye Street, NW
Suite 600
Washington, DC  20005
(202) 712-7000

**Counsel for Defendants**
**NATIONAL RAILROAD PASSENGER**
**CORPORATION; CSX TRANSPORTATION, INC.;**
**and CSX CORPORATION**

10

123705-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendants' Preliminary Witness List was served via the Court's electronic case filing, this 11th day of March 2005, upon:

> Scott C. Speier, Esq.
> THE SPEIER LAW FIRM, LLC
> One Central Plaza
> 11300 Rockville Pike
> Suite 112
> Rockville, MD 20852

Joseph S. Crociata #411929

123705-1