# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JENNIFER DEL REGNO** | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:04CV01264 |
| **CSX TRANSPORTATION** *et al.,* | : | |
| **Defendants** | : | |

### JOINT MOTION TO TRANSFER ACTION TO THE
### U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

COME NOW the parties, Plaintiff **JENNIFER DEL REGNO**, by and through counsel, **SCOTT C. SPEIER, ESQUIRE,** and Defendants **NATIONAL RAILROAD PASSENGER CORPORATION, CSX TRANSPORATION, INC.,** and **CSX CORPORATION**, (hereinafter and collectively, "Defendants") by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA**, pursuant to 28 U.S.C. §1404(a) (citing the convenience of the parties and witnesses) and the Stipulation entered into by and between the parties dated November 16, 2004, and respectfully request that this Court transfer this entire case to the United States District Court for the Southern District of New York for further proceedings thereon.

In support of this Motion, Plaintiff states the following:

1. On November 16, 2004 the parties hereto entered into a Stipulation which, *inter alia,* resolved liability in favor of the plaintiff, dismissed all claims for punitive damages, and permitted jurisdiction in United States District Court for the Southern District of New York.

2. The plaintiff presently resides in the New York metropolitan area. Additionally, the majority of her medical care took place in the New York metropolitan area.

3. A trial, if held, will address the sole issue of damages sustained by the plaintiff. The plaintiff and most, if not all, of her witnesses will be coming from the New York metropolitan area. It would be very inconvenient and costly to have the plaintiff and her witnesses attend the trial in the District of Columbia. Accordingly, and pursuant to 28 U.S.C. §1404(a), it is respectfully requested that this case be transferred in its entirety to the Southern District of New York for further proceedings thereon.

Respectfully submitted this 6th day of April 2005,

| BONNER KIERNAN TREBACH & CROCIATA | SPEIER LAW FIRM, LLC |
|---|---|
| /s/ | /s/ |
| Joseph S. Crociata # 411929 | Scott C. Speier # 455808 |
| 1250 Eye Street, N.W., Suite 600 | 11300 Rockville Pike, Suite 112 |
| Washington, DC 20005 | Rockville, MD 20852 |
| (202) 712-7000 | (301) 468-5657 |
| **Attorneys for Defendants** | **Attorneys for Plaintiff** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JENNIFER DEL REGNO** | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:04CV01264 |
| **CSX TRANSPORTATION** *et al.*, | : | |
| Defendants | : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE JOINT MOTION TO TRANSFER ACTION TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

COME NOW the parties, Plaintiff **JENNIFER DEL REGNO**, by and through counsel, **SCOTT C. SPEIER, ESQUIRE,** and Defendants **NATIONAL RAILROAD PASSENGER CORPORATION, CSX TRANSPORATION, INC.,** and **CSX CORPORATION**, (hereinafter and collectively, "Defendants") by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA**, pursuant to 28 U.S.C. §1404(a) and the Stipulation entered into by and between the parties dated November 16, 2004, and respectfully request that this Court transfer this entire case to the United States District Court for the Southern District of New York for further proceedings thereon. In support the Joint Motion the parties rely on the following:

1. The entire record herein;

2. The stipulation dated November 16, 2004 attached hereto as Exhibit "A";

3. 28 U.S.C. §1404(a);

4. The inherent power of this Court.

Respectfully submitted this 6th day of April 2005.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JENNIFER DEL REGNO** | : | |
| **Plaintiff** | : | |
| v. | : | Case No.: 1:04CV01264 |
| **CSX TRANSPORTATION** *et al.,* | : | |
| **Defendants** | : | |

## ORDER

Upon consideration of the Joint Motion to Transfer Action to the U.S. District Court for the Southern District of New York pursuant to 28 U.S.C. §1404(a), the absence of any opposition thereto, and the record herein, it is by the Court, this ___ day of April, 2005; hereby

ORDERED, that the Clerk of the Court is hereby directed to transfer this action to the Clerk of the Court for the U.S. District Court for the Southern District of New York for further proceeding thereon.

_____
Judge Gladys Kessler
United States District Judge

Copies to:

Joseph S. Crociata, Esq.
BONNER, KIERNAN, TREBACH & CROCIATA
1250 Eye Street, N.W., Sixth Floor
Washington, D.C. 20005


Scott C. Speier, Esq.
THE SPEIER LAW FIRM
11300 Rockville Pike
Suite 112
Rockville, MD  20852

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Joint Motion to Transfer Action to the U.S. District Court for the Southern District of New York, Memorandum of Points and Authorities, and proposed Order, were served via the electronic filing system this 6th day of April, 2005, upon:

Joseph S. Crociata, Esq.
Bonner, Kiernan, Trebach & Crociata
1250 Eye Street, N.W., Sixth Floor
Washington, D.C. 20005
*Attorneys for Defendants*

_____
Scott C. Speier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENNIFER DEL REGNO** | : |
| Plaintiff | : |
| v. | : Case No.: 1:04CV01264 |
| **CSX TRANSPORTATION** *et al.*, | : |
| Defendants | : |

## PRAECIPE

COME NOW the parties, Plaintiff **JENNIFER DEL REGNO**, by and through counsel, **Scott C. Speier, Esquire**, and Defendants **NATIONAL RAILROAD PASSENGER CORPORATION, CSX TRANSPORATION, INC.**, and **CSX CORPORATION**, (hereinafter and collectively, "Defendants") by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA**, pursuant to the request made by this Court at the Initial Status Conference held on November 5, 2004, and state the following:

1. The Plaintiff, Jennifer Del Regno, hereby agrees to withdraw and dismiss her claims seeking punitive damages against Defendants CSX Transportation Inc., and CSX Corporation with prejudice, and further agrees not to seek punitive damages against Defendant National Railroad Corporation, in reliance of Defendants' agreement to the following paragraphs.

2. The Defendants agree to admit they were negligent and liable (an admission of liability) for all recoverable compensatory damage claims in Count I and Count II of the Plaintiff's complaint, however, the parties agree that the Plaintiff may not introduce evidence for the purpose of proving the nature and extent of the negligence.

3. The parties agree that the remaining matters in issue relate to causation and damages, and that any admission by Defendants shall not prohibit evidence at trial of the nature of the accident, including the speeds and/or forces involved.

4. The parties agree that the Defendants will stipulate that this court, or at the election of Plaintiff, Jennifer Del Regno, The District Court for the Southern District of New York shall be the proper venue for this action.

**ACKNOWLEDGED, AGREED, AND ACCEPTED** by all parties to this action as evidenced by the signatures set forth below.

DATED this 16th day of November, 2004.

| | |
|---|---|
| **BONNER KIERNAN TREBACH & CROCIATA** | **THE SPEIER LAW FIRM, LLC** |
| _____ | _____ |
| Joseph S. Crociata # 411929 | Scott C. Speier # 455808 |
| 1250 Eye Street, N.W., Suite 600 | 11300 Rockville Pike, Suite 112 |
| Washington, DC 20005 | Rockville, MD 20852 |
| (202) 712-7000 | (301) 468-5657 |
| Attorneys for Defendants | Attorneys for Plaintiff |