**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **JUDITH B. BRANNEN**<br><br>*Plaintiff,*<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER.,<br>CORPORATION,<br>CSX CORPORATION<br>CSX TRANSPORTATION, INC.**<br><br>*Defendants.* | Case No.: **05CV01420**<br>Judge Ricardo M. Urbina |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF FILING

Defendants, National Railroad Passenger Corporation ("AMTRAK"), CSX Corporation and CSX Transportation, Inc., by their undersigned counsel, Whiteford, Taylor & Preston, L.L.P., submits this brief response to "Plaintiff's Notice of Filing" which included a witness list in a different case.

It is interesting to observe that the Plaintiff has not suggested that any of the witnesses listed in the witness list will be involved in Ms. Brannen's case and, indeed, Plaintiff has failed to identify any witness from District of Columbia in support of her claims. Although some of the witnesses are listed as "c/o Amtrak in the District of Columbia", it is not clear whether any of these witnesses' actual addresses were in the District of Columbia. These witnesses would have been those Amtrak employees handling the needs of the passengers, would have no knowledge of the reasons for or the facts involved in the derailment and would have no knowledge of Plaintiff's damages. Moreover, the fact remains that the critical CSX witnesses, as described in our earlier briefs, are located in Maryland. Plaintiff's "Notice of Filing", filed without any

accompanying information about the facts of that case, does little to change the analysis that leads directly to this case being transferred to Maryland where four other matters arising out of this derailment are currently pending before Judge Chasanow.[1].

Respectfully submitted,

/s/ *John J. Hathway*
John J. Hathway. (#412664)
Stephen B. Caplis (#452991)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, #400
Washington, DC  20036-5405
(202) 659-6800

*Attorney for Defendants,
CSX Corporation and CSX
Transportation, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September, 2005, a copy of the foregoing was mailed first class, postage prepaid to:

Nicholas Gilman, Esq.
John Green, Esq.
Gilman & Associates
600 Pennsylvania Avenue, SE
Suite 410
Washington, DC  20003

/s/ *John J. Hathway*
John J. Hathway

*178911*

---

[1] The Roth case mentioned on p. 5 of our Reply Brief has now been transferred to Judge Chasanow, as expected.