UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JUDITH B. BRANNEN, | : | | |
| Plaintiff, | : | | |
| v. | : | Case No.: | 05-1420 (RMU) |
| NATIONAL RAILROAD PASSENGER, CORPORATION d/b/a AMTRAK, | : | Document No.: | 9 |
| CSX CORPORATION, | : | | |
| and | : | | |
| CSX TRANSPORTATION INC., | : | | |
| Defendants. | : | | |

<b><u>ORDER</u></b>

GRANTING THE DEFENDANTS' MOTION TO TRANSFER

For the reasons stated in the accompanying Memorandum Opinion, it is this 19th day of December, 2005,

**ORDERED** that the defendant's motion to transfer the case to the district of Maryland is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA<br>
United States District Judge